■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICOLE JAMESON, Appellant. [49 NYS3d 919]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Warhit, J.), rendered February 10, 2016, convicting her of aggravated harassment of an employee by an inmate, upon her plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is, therefore, granted (*see id.*; *People v Hernandez*, 133 AD3d 881 [2015]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Dillon, J.P., Chambers, Sgroi, Maltese and Barros, JJ., concur.